# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**BRUCE M. WILLIAMS,**

    **Plaintiff,**

v.                                          Case No. 1:16cv387-MW/GRJ

**KHRG EMPLOYER, LLC,**
**et al.,**

    **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 9. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice for failure to prosecute and failure to comply with an order of the Court." The Clerk shall close the file.

**SO ORDERED on June 14, 2017.**

                                               **s/Mark E. Walker** \_\_\_\_
                                               **United States District Judge**